(May 20, 1971)

JOHN B. BURNS et al., Respondents, v. BINGHAMTON HOUSING AUTHORITY, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.